**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
Charles E. Bell, Esq. (SBN: 256848)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811


Attorneys for Defendants,
Aurora Loan Services, LLC


# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LINDER,<br><br>                                  Plaintiff,<br>v.<br><br>AURORA LOAN SERVICES, LLC;<br>HOMECOMINGS FINANCIAL, LLC;<br>ROGER O'KEEFE, individually;<br>UNION FIDELITY MORTGAGE,<br>INC.; and DOES 1 through 100,<br>inclusive,<br><br>                                  Defendants. | Case No.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES [LOCAL RULE 7.1-1]** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for AURORA LOAN SERVICES, LLC ("AURORA"), hereby provides notice, of any known parties that may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff, STEVE LINDER ("PLAINTIFF");

2. Defendant HOMECOMINGS FINANCIAL, LLC, original lender/beneficiary under the Deed of Trust, as asserted in PLAINTIFF's Complaint ;

3. Defendant ROGER O'KEEFE, PLAINTIFF's alleged Mortgage Broker;

/ / / /

/ / / /

*McCARTHY & HOLTHUS, LLP*
*ATTORNEYS AT LAW*
*1770 FOURTH AVENUE*
*SAN DIEGO, CALIFORNIA 92101*
*TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810*

1
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

4.  Defendant UNION FIDELITY MORTGAGE, PLAINTIFF's alleged Mortgage Brokerage Firm.

Dated:  December 17, 2009

Respectfully submitted,
**McCARTHY & HOLTHUS**

By:   /s/ Charles Bell
Charles E. Bell, Esq.
Attorneys for Defendant,
Aurora Loan Services, LLC

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA  92101
TELEPHONE (619) 685-4800  FACSIMILE (619) 685-4810

2
**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

\\mh-tm\matters\Client Files\CA09-52645\DRFT Notice of Interested Parties.doc