UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LINDER, | Case No. **2:09−CV−03490−JAM−KJM** |
| Plaintiff(s), | |
| vs. | |
| | ORDER RE PAGE LIMITS FOR CASES |
| AURORA LOAN SERVICES, LLC, ET AL., | ASSIGNED TO JUDGE MENDEZ |
| Defendant(s). | |

Unless prior permission has been granted, memoranda of law in support of and in opposition to motions are limited to twenty−five (25) pages, and reply memoranda are limited to ten (10) pages. The parties are also cautioned against filing multiple briefs to circumvent this rule.

IT IS SO ORDERED.

DATED:  December 18, 2009                              /s/ John A. Mendez
                                                                          United States District Judge