UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LINDNER,<br><br>    Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC;<br>HOMECOMINGS FINANCIAL,<br>LLC; ROGER O'KEEFE,<br>individually; UNION FIDELITY<br>MORTGAGE, INC. and DOES 1-100,<br><br>    Defendants. | Case No. 09-CV-03490-JAM-KJM<br><br>**ORDER EXTENDING TIME FOR 14 DAYS FOR DEFENDANT HOMECOMINGS FINANCIAL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 144] |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the date by which Homecomings may answer or otherwise respond to Plaintiff's Complaint by 14 days, to February 4, 2010.

DATED: January 22, 2010         /s/ John A. Mendez_____
                                HON. JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

-1-
STIPULATION TO EXTEND TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com

1  PRESENTED BY:

3  DATED: January 21, 2010

By   /s/ Russell G. Gomm
E. SCOTT PALMER
BRETT D. WATSON
RUSSELL G. GOMM
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., erroneously sued as AMERICAN EXPRESS, INC.

**PALMER, LOMBARDI & DONOHUE LLP**
888 West 6th Street, 12th Floor
Los Angeles, California 90017

-2-
STIPULATION TO EXTEND TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com