PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LINDNER,<br><br>    Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC; HOMECOMINGS FINANCIAL, LLC; ROGER O'KEEFE, individually; UNION FIDELITY MORTGAGE, INC. and DOES 1-100,<br><br>    Defendants. | Case No. 09-CV-03490-JAM-KJM<br><br>**ORDER EXTENDING TIME FOR 14 DAYS FOR DEFENDANT HOMECOMINGS FINANCIAL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 144] |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the date by which Homecomings may answer or otherwise respond to Plaintiff's Complaint by 14 days, to February 4, 2010.

DATED: January 22, 2010    /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-1-
STIPULATION TO EXTEND TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com

1  PRESENTED BY:
2
3
4  DATED:  January 21, 2010
5
6
7  By   /s/ Russell G. Gomm
   E. SCOTT PALMER
8  BRETT D. WATSON
   RUSSELL G. GOMM
9  PALMER, LOMBARDI & DONOHUE LLP
   Attorneys for Defendant AMERICAN
10 EXPRESS TRAVEL RELATED
   SERVICES COMPANY, INC.,
11 erroneously sued as AMERICAN
   EXPRESS, INC.

PDF created with pdfFactory trial version www.pdffactory.com