PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LINDNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AURORA LOAN SERVICES, LLC;<br>HOMECOMINGS FINANCIAL,<br>LLC; ROGER O'KEEFE,<br>individually; UNION FIDELITY<br>MORTGAGE, INC. and DOES 1-100,<br><br>　　　　Defendants. | Case No. 09-CV-03490-JAM-KJM<br><br>**ORDER EXTENDING TIME FOR 14 DAYS FOR DEFENDANT HOMECOMINGS FINANCIAL, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 144] |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the date by which Homecomings may answer or otherwise respond to Plaintiff's Complaint by 14 days, to February 18, 2010.

DATED: February 4, 2010　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

PRESENTED BY:

DATED: February 4, 2010

By  /s/ Russell G. Gomm
E. SCOTT PALMER
BRETT D. WATSON
RUSSELL G. GOMM
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., erroneously sued as AMERICAN EXPRESS, INC.

PDF created with pdfFactory trial version www.pdffactory.com