# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LINDER,<br><br>        Plaintiff,<br><br>    vs.<br><br>AURORA LOAN SERVICES, LLC; HOMECOMINGS FINANCIAL, LLC; ROGER O'KEEFE, individually; UNION FIDELITY MORTGAGE, INC. and DOES 1-100,,<br><br>        Defendants. | Case No.: 2:09-cv-03490-JAM-KJM<br><br>**ORDER ON SUBSTIUTION OF ATTORNEY** |

Based on the foregoing, and good cause appearing, the Request for Approval on Substitution of Attorney is hereby granted.

DATED: May 28, 2010

/s/ John A. Mendez_____

Honorable John A. Mendez
U.S. District Court Judge

ORDER ON SUBSTIUTION OF ATTORNEY
Case No.: 2:09-cv-03490-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com